IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARY TRIPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 14-CV-02646 |
| BERMAN & RABIN, P.A. | ) |
| | ) |
| and | ) |
| | ) |
| VELOCITY INVESTMENTS, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

TO:  Clerk of the U.S. District Court:

Please take notice that the Defendants Berman & Rabin, P.A., and Velocity Investments, LLC, hereby remove to this Court the state action described below.

1. On October 31, 2014, an action was commenced in the District Court of Wyandotte County, Kansas, entitled Mary Tripp, Plaintiff, vs. Berman & Rabin, P.A., and Velocity Investments, LLC, Defendants, Case Number 2014-CV-00123.

2. Defendant Berman & Rabin, P.A., was served with summons on December 4, 2014, and received a copy of the plaintiffs' petition on December 4, 2014. Defendant had no prior notice of the lawsuit. Defendant Velocity Investments, LLC, was served with summons on December 5, 2014, and received a copy of the plaintiffs' petition on December 5, 2014. Defendant had no prior notice of the lawsuit. This Notice of Removal is timely.

3. A copy of the docket sheet, all process, pleadings and orders from the state court action will be filed within 21 days pursuant to L.R. 81.2.

4. A copy of the state court petition is attached as Exhibit A.

5. This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. §1446. In particular, the plaintiff has asserted a count that seeks recovery under federal statutes; specifically 15 U.S.C. §1692, et seq.

6. Defendants designate Kansas City, Kansas as the place of trial.

WHEREFORE, defendants Berman & Rabin, P.A., and Velocity Investments, LLC, respectfully pray that this action be removed to the United States District Court for the District of Kansas.

Respectfully Submitted,

MARTIN, PRINGLE, OLIVER,
  WALLACE & BAUER, L.L.P.

By_____
Lora M. Jennings / KS Bar No. 22044
6900 College Boulevard, Suite 700
Overland Park, KS 66211
Telephone: (913) 491-5500
Facsimile: (913) 491-3341
lmjennings@martinpringle.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was placed in the U.S. mail, postage prepaid on this 29th day of December, 2014, addressed to:

A.J. Stecklein
Michael Rapp
Consumer Legal Clinic, LLC
748 Anne Avenue
Kansas City, KS  66101

_____
Lora M. Jennings    #22044